IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BREAZAY HOLMES : CIVIL ACTION
:
    v. :
:
THE COUNTY OF MONTGOMERY :
: NO. 11-6376

ORDER

AND NOW, this 19th day of December, 2012, upon consideration of the defendant's Motion for Summary Judgment (Docket No. 20), the opposition in response (Docket No. 24) and following oral argument on December 17, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED. Judgment is hereby ENTERED in favor of The County of Montgomery and against Breazay Holmes. The case is closed.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.